**No. 50914.**—Protests 99912–K, etc., of Amazon Timbers, Inc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of "hit-and-miss" planed lumber similar in all material respects to that the subject of *Thompson Mahogany Co.* v. *United States* (13 Cust. Ct. 204, C. D. 894). In accordance therewith, the claim for entry free of the regular duties imposed under the Tariff Act of 1930, by virtue of paragraph 1803 thereof, was sustained.

**No. 50915.**—Protests 100690–K, etc., of Charles F. Fischer Co., Inc., et al. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of "hit-and-miss" planed mahogany lumber similar in all material respects to that the subject of *Thompson Mahogany Co.* v. *United States* (13 Cust. Ct. 204, C. D. 894). In accordance therewith the claim for entry free of the regular duties imposed under the Tariff Act of 1930, by virtue of paragraph 1803 thereof, was sustained.